**Steven Alan LEVIN, Plaintiff–Appellant,**

v.

**UNITED STATES of America; Frank M. Bishop, LCDR, MC, USNR 3855, Defendants–Appellees,**

and

**Robert Wresch, Movant–Appellee.**

No. 09–16362.

United States Court of Appeals, Ninth Circuit.

May 23, 2013.

Steven Alan Levin, Agat, GU, pro se.

Daniel Tenny, Thomas Mark Bondy, Esquire, DOJ–U.S. Department of Justice, Civil Division–Appellate Staff, Washington, DC, Jessica Friday Cruz, Esquire, Assistant U.S., Mikel William Schwab, Esquire, Assistant U.S., USHA–Office of the U.S. Attorney, Hagatna, GU, for Defendants–Appellees.

Rawlen M.T. Mantanona, Esquire, Partner, Cabot Mantanona LLP, Tamuning, GU, for Movant–Appellee.

Before: DIARMUID F. O'SCANNLAIN, RICHARD C. TALLMAN, and MILAN D. SMITH, JR., Circuit Judges.

**ORDER**

The original decision entered by this court in this matter, reported at 663 F.3d 1059 (9th Cir.2011), was reversed by the Supreme Court of the United States. *See Levin v. United States,* —— U.S. ——, 133 S.Ct. 1224, 185 L.Ed.2d 343 (2013). We, in turn, reverse and remand to the district court for further proceedings on Levin's battery claim, consistent with the Supreme Court's opinion.

**REVERSED and REMANDED.**